### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRANDON LEE MILLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 25-0068-WS-M |
| | ) |
| TRANS UNION LLC, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

In accordance with the order of Court dated July 14, 2025, the plaintiff shall have and recover of the defendant the sum of $75,000, inclusive of all claims, remedies, damages, interest, costs, and attorneys' fees.  Judgment is hereby entered in favor of plaintiff Brandon Lee Miller and against defendant Trans Union LLC.

DONE this 14th day of July, 2025.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE